UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

DUSTIN JONES

                            Plaintiff,

            v.

MCDONALD'S CORPORATION, MCDONALD'S USA, LLC, EJJ FOOD CORP. AND PETWIL VIII, INC.

                           Defendants.

------------------------------------------------------------------------x

**Docket No. 1:16-cv-07537 (JPO) (SDA)**

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S FIFTH CAUSE OF ACTION FOR NEGLIGENCE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dustin Jones hereby dismisses ONLY his fifth cause of action for Negligence in the above captioned action.

For the avoidance of doubt, plaintiff is not dismissing any other cause of action aside from the cause of action for Negligence.

Dated: April 20, 2018
       New York, New York

PARKER HANSKI LLC

By: _____
   Glen Parker, Esq.
   Attorneys for Plaintiff
   40 Worth Street, 10th Floor
   New York, New York 10013
   Tel (212) 248-7400
   Fax (212) 248-5600
   ghp@parkerhanski.com